Prob 12B
(7/93)



# UNITED STATES DISTRICT COURT

### for the

### District of Nebraska

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:**    Germon Vassar    **Docket Number:** 8:98CR209
( Vasser- true spelling of last name)

**Sentencing Judge:**    The Honorable Joseph F. Bataillon
Chief U.S. District Judge

**Date of Original Sentence:**    September 23, 1999

**Original Offense:**    Conspiracy to Distribute, and Possess with Intent to Distribute,
Cocaine Base 21 U.S.C. 846 & 841 ( a) (1)

**Original Sentence:**    120 months  prison, 5 years supervised release.

**Rule 35 Reduction:**    Date Sentenced: August 13, 2003
Sentence: 96 months prison, 5 years supervised release.

**Type of Supervision:**    Supervised Release

**Date Supervision Commenced:**   January 2, 2005

---

## PETITIONING THE COURT

___    To extend the term of supervision for _____, for a total term of _____.

_X_    To modify the conditions of supervision as follows:

The defendant shall enter and participate in a community confinement program, in the community
correction's component with work release for a period of 120 days or until discharged by the United
States Probation Office pursuant to 18 U.S.S.G. 3563 (b) (11). 60

Vassar, Germon
8:98CR209
Request to Modify Conditions

## CAUSE

On January 2, 2005 the offender's five year term of supervised release commenced. Since that date he has submitted three positive urine tests for THC, admitted marijuana use, failed to submit to drug testing on five occasions and has failed to maintain gainful employment. By requesting a modification of his existing conditions to include a public law placement at CH Inc; it is an attempt to get his attention and impress upon him the seriousness of supervision and the Court's dim view of these violations. Additionally, it is hopeful the offender will use this opportunity to obtain employment and it will provide some stability to his life.

Respectfully submitted,

Ron Scheidt, Senior
U.S. Probation Officer

Date **9/6/5**

Reviewed by

John A. Hill, Supervising
U.S. Probation Officer

## THE COURT ORDERS

____   No Action

____   The Extension of Supervision as noted above

__X__   The Modification of Conditions as noted above   — 60 Days CH

____   Other

The Honorable Joseph F. Bataillon
Chief U.S. District Judge

9/8/05
Date

Prob 49
(Rev. 12/00)

# United States District Court

## District of Nebraska

### Waiver of Hearing to Modify Conditions
of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the united States Probation Office pursuant to 18 U.S.S.G. 3563 (b) (11).

Witness _____          Signed: x _____
Ron Scheidt                                         Germon Vassar
Senior U.S. Probation Officer                        Supervised Releasee


Date: _Sept 6, 2005_